PROPOSED ORDER/COVER SHEET

**TO:** Honorable Wayne D. Brazil
U.S. Magistrate Judge

**RE:** SORISIO, ARTHUR

**FROM:** Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

**DOCKET NO.:** CR05-00412MJJ

**DATE:** August 25, 2005

FILED
AUG 2 5 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

TAIFA M. GASKINS
U.S. Pretrial Services Officer

510-637-3750
TELEPHONE NUMBER

**RE:** MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____4_____ on _TUESDAY, AUG. 30, 2005_ at _10:00 am_.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)
A.
B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:
_We need supervision_

_____
JUDICIAL OFFICER (Wayne D. Brazil)

_8-25-05_
DATE

cc: WDB's stats, Monica Tutson (MJJ's Clerk)
Pretrial, Copies to parties by ECF



**To:**      Honorable Wayne D. Brazil
             U.S. Magistrate Judge
**From:**    Taifa M. Gaskins
             U.S. Pretrial Services Officer
**Subject:** Sorisio, Arthur
             CR05-00412MJJ
**Date:**    August 25, 2005

# MEMORANDUM

---

Your Honor,

On August 17, 2005, the above noted defendant initially appeared before the Court charged in an Indictment with a violation of Title 18, United States Code, Section 471- Manufacturing Counterfeit Currency. He was released on his own recognizance without Pretrial Services supervision. Mr. Sorisio's next court date is scheduled for a trial setting or status hearing on October 14, 2005, before the Honorable Martin J. Jenkins, U.S. District Court Judge.

In light of the defendant's arrest history, Pretrial Services would submit the enclosed record check report for Your Honor's review.

This memorandum is submitted for Your Honor's information and review.

Respectfully Submitted,

Taifa M. Gaskins
U.S. Pretrial Services Officer