**FILED**

SEP 2 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. CR 05-00412 MJJ |
| | ) |
| v. | ) [~~PROPOSED~~] |
| | ) ORDER |
| ARTHUR SORISIO, | ) |
| Defendant. | ) |

Defendant's request for a hearing date of September 8, 2005 for arraignment on superseding information, consent to magistrate jurisdiction, and change of plea, is hereby granted.

DATED: September 2, 2005

_____
WAYNE D. BRAZIL
United States Magistrate Judge

cc: WDB's Stats, Monica Tutson (MJJ's Clerk)
Copy to parties via ECF

ORDER