KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Acting Chief, Criminal Division

MERRY JEAN CHAN (CSBN 229254)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA, 94612
   Telephone: (510) 637-3703
   Facsimile: (510) 637-3724
   Email: merry.chan@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00412 ~~MJJ~~ (WDB) |
|    Plaintiff, ) | [~~PROPOSED~~] ORDER MODIFYING JUDGMENT AND SENTENCE TO |
| v. ) | INCLUDE ORDER OF RESTITUTION |
| ARTHUR SORISIO, ) | |
|    Defendant. ) | |

[~~PROPOSED~~] O R D E R

Based on the parties' stipulation, it is ordered that the judgment and sentence is modified to reflect an order of restitution of $1,700.00 to be paid to seventeen victims, as follows:

- $100 to K-Mart #4457, 26231 Mission Blvd., Hayward, CA 94544, (510) 582-3884
- $100 to Old Navy #5753, Sequoia Station, 1101 El Camino Real, Redwood City, CA, (650) 364-0342
- $100 to Walgreen's #5310, 26781 Mission Blvd., Hayward, CA 94554, (510) 733-2089
- $100 to Longs Drugs #397, 4405 First Street, Livermore, CA 94550, (925) 373-8115
- $100 to Bakers Square-Vicorp Restaurant, 949 Veterans Blvd., Redwood City, CA 94063, (650) 367-8666

1. - $100 to Taco Bell #3735, 25546 Seaboard Lane, Hayward, CA 94545, (510) 887-7260
2. - $100 to Walgreen's #7087, 643 Santa Cruz Ave., Menlo Park, CA 94025, (650) 321-2227
3. - $100 to Merritt Restaurant & Bakery, 203 E. 18th Street, Oakland, CA 94505, (510) 444-8680
4. - $100 to J.C. Penny Store #18440, 340 Southland Mall, Hayward, CA 94545, (510) 783-0300
5. - $100 to K-Mart #4366-San Jose, CA (Closed), K-Mart Corporation, 3100 W. Big Beaver Road, Troy, Michigan 48084, (248) 463-1000
6. - $100 to Terzetto's, 1490 Moraga Way, Moraga, CA 94556, (925) 376-3832
7. - $100 to Clyde and Darlen Stevens, 510 Navajo Place, Danville, CA 94526, (925) 855-0178
8. - $100 to The Home Depot #6636, 43900 Icehouse Terrace, Fremont, CA 94538, (510) 360-8410
9. - $100 to The Home Depot #628, 1125 Old County Road, San Carlos, CA 94070, (650) 592-9200
10. - $100 to K-Mart #4349, 1155 Veterans Blvd., Redwood City, CA 94063, (650) 364-7640
11. - $100 to Longs Drug, 2000 Broadway, Oakland, CA 94612
12. - $100 to Union Bank of California, Commerical Cash Services, 460 Hegenberger Road, Oakland, CA 94621

IT IS SO ORDERED.

DATED: September 30, 2005

HON. WAYNE D. BRAZIL
United States Magistrate Judge

~~[PROPOSED]~~ ORDER
CR 05-00412 ~~MJJ~~ (WDB)

2