# United States District Court
## Northern District of California

**FILED**
SEP 3 0 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA
v.
ARTHUR SORISIO

AMENDED JUDGMENT IN A CRIMINAL CASE

Case Number: CR-05-00412-01 WDB

USM Number: 97682-011

JOYCE LEAVITT, Assistant Federal Public Defender
Defendant's Attorney

Date of Original Judgment: Imposed on September 8, 2005 (Judgment filed on September 13, 2005)
(or Date of Last Amended Judgment)

Reason for Amendment:

[ ] Correction of Sentence on Remand (Fed.R.Crim.P.35(a))
[ ] Reduction of Sentence for Changed Circumstances (Fed. R.Crim.P.35(b))
[ ] Correction of Sentence by Sentencing Court (Fed.R.Crim.P.35©)
[ ] Correction of Sentence for Clerical Mistake (Fed.R.Crim.P.36)

[ ] Modification of Supervision Conditions (18 U.S.C § 3563©) or 3583(e))
[ ] Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. §3582©)(1))
[ ] Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582©)(2))
[X] Direct Motion to District Court Pursuant to [ ] 28 U.S.C. § 2255, [ ] 18 U.S.C. § 3559©)(7), or [X] Stipulation of the Assistant United States Attorney Merry Jean Chan and the Assistant Federal Public Defender Joyce Leavitt to include Restitution Order

**THE DEFENDANT:**

[X]  pleaded guilty to count: One of Superseding of the Information.
[ ]  pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ]  was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the defendant is adjudicated guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| Title 18, United States Code Sec. 491 | Paper Used as Money | On or about & between Jan. 2003 and Jul. 2003 | One |

The defendant is sentenced as provided in pages 2 through **8** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on count(s) ___.
[ ]  Count(s) ___ (is)(are) dismissed on the motion of the United States.

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

September 8, 2005
Date of Imposition of Judgment

Signature of Judicial Officer

**Honorable Wayne D. Brazil**, U. S. Magistrate Judge
Name & Title of Judicial Officer

9-30-05
Date

DEFENDANT:  ARTHUR SORISIO
CASE NUMBER:  CR-05-00412-01 WDB

Judgment - Page 2 of 8

**The defendant waived the Presentence Report on September 8, 2005. The government agreed to immediate sentencing of the defendant on September 8, 2005.**

# PROBATION

The defendant is hereby sentenced to probation for a term of **Two (2) years**.

The defendant shall not commit another federal, state, or local crime. The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the Court.

[ ]   The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check if applicable.)
[X]   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check if applicable.)
[ ]   The defendant shall cooperate in the collection of DNA as direct as directed by the probation officer. (Check if applicable.)
[ ]   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as direct by the probation officer. (Check if applicable.)
[ ]   The defendant shall participate in an approved program for domestic violence. (Check if applicable.)

If this judgment imposes a fine or a restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the Standard Conditions that have been adopted by this court as well with any additional conditions in this judgment.

## STANDARD CONDITIONS

1) The defendant shall not leave the judicial district without permission of the Court or probation officer;
2) The defendant shall report to the probation officer, and shall submit a truthful and complete written report within the first five days of each month;
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) The defendant shall support his or her dependants and meet other family responsibilities;
5) The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) The defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere, and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court;
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: ARTHUR SORISIO  
CASE NUMBER: CR-05-00412-01 WDB

Judgment - Page 3 of 8

# SPECIAL CONDITIONS OF PROBATION

While the defendant is on probation pursuant to this Judgment, the defendant shall not commit another federal, state, or local crime, shall comply with the standard conditions that have been adopted by the Court, and shall comply with the following special conditions:

1. The defendant shall participate in the Home Confinement with Electronic Monitoring Program and shall abide by all the requirements of the program for a period of **Two (2)months**. **If able,** the defendant shall pay part or all the cost of monitoring at the prevailing rate unless it is determined by the United States Probation Officer that he has an inability to pay. A co-payment amount will then be determined by the United States Probation Officer. The defendant is restricted to his residence at all times except for activities which have been pre-approved by the United States Probation Officer, including employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, or court ordered obligations. During the term of home confinement, the defendant shall abstain from the use of alcohol and submit to drug or alcohol testing as directed by the United States Probation Officer.

2. The defendant shall pay to the United States a special assessment in the amount of Twenty Five Dollars ($25.00) that is imposed by this Judgment by 4:00 p.m. on September 8, 2005. The Court will not impose a fine on the defendant.

3. The defendant shall pay restitution in the total amount of One Thousand Seven Hundred Dollars ($1,700.00) to the following seventeen victims:

| Victims | Restitution Amount |
|---|---|
| a. K-Mart #4457<br>26231 Mission Blvd., Hayward, CA 94544   Tel. (510) 582-3884 | $ 100.00 |
| b. Old Navy #5753<br>Sequoia Station, 1101 El Camino Real, Redwood City, CA   Tel. (650) 364-0342 | $ 100.00 |
| c. Walgreen's #5310<br>26781 Mission Blvd., Hayward, CA 94554   Tel. (510) 733-2089 | $ 100.00 |
| d. Longs Drugs #397<br>4405 First Street, Livermore, CA 94550   Tel. (925) 373-8115 | $ 100.00 |
| e. Bakers Square-Vicorp Restaurant<br>949 Veterans Blvd., Redwood City, CA 94063   Tel. (650) 367-8666 | $ 100.00 |
| f. Taco Bell #3735<br>25546 Seaboard Lane, Hayward, CA 94545   Tel. (510) 887-7260 | $ 100.00 |
| g. Walgreen's #7087<br>643 Santa Cruz Avenue, Menlo Park, CA 94025   Tel. (650) 321-2227 | $ 100.00 |
| h. Merritt Restaurant & Bakery<br>203 E. 18th Street, Oakland, CA 94505   Tel. (510) 444-8680 | $ 100.00 |
| i. J.C. Penny Store #18440<br>340 Southland Mall, Hayward, CA 94545   Tel. (510) 783-0300 | $ 100.00 |
| j. K-Mart #4366 San Jose, CA (Closed)<br>K-Mart Corporation, 3100 W. Big Beaver Road, Troy, Michigan 48084 Tel. (248) 463-1000 | $ 100.00 |
| k. Terzetto's<br>1490 Moraga Way, Moraga, CA 94556   Tel. (925) 376-3832 | $ 100.00 |

DEFENDANT:  ARTHUR SORISIO  
CASE NUMBER:  CR-05-00412-01 WDB

Judgment - Page 4 of 8

## CONTINUATION OF SPECIAL CONDITIONS OF PROBATION

| Victims: | Restitution Amount |
|---|---|
| l. Clyde and Darlen Stevens<br>510 Navajo Place, Danville, CA 94526   Tel. (925) 855-0178 | $ 100.00 |
| m. The Home Depot  #6636<br>43900 Icehouse Terrace, Fremont, CA 94538  Tel. (510) 360-8410 | $ 100.00 |
| n. The Home Depot  #628<br>1125 Old County Road, San Carlos, CA 94070  Tel. (650) 592-9200 | $ 100.00 |
| o. K-Mart  #4349<br>1155 Veterans Blvd., Redwood City, CA 94063  Tel. (650) 364-7640 | $ 100.00 |
| p. Longs Drugs<br>2000 Broadway, Oakland, CA 94612 | $ 100.00 |
| q. Union Bank of California, Commercial Cash Services<br>460 Hegenberger Road, Oakland, CA 94621 | $ 100.00 |

The defendant shall pay the full amount of restitution of One Thousand Seven Hundred Dollars ($1,700.00) that is imposed by this Judgment by 4:00 p.m. on or before October 31, 2005.  The restitution payment shall be forwarded to all the seventeen victims through the Clerk of the U.S. District Court, 1301 Clay Street, Ste. 400S, Oakland, CA 94612.

The Court will not impose a fine on the defendant.

The Bond issued and filed on August 30, 2005, in the above entitled case is hereby **exonerated.**

DEFENDANT:      ARTHUR SORISIO
CASE NUMBER:    CR-05-00412-01 WDB

Judgment - Page 5 of 8

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|        | Assessment | Fine   | Restitution |
|--------|------------|--------|-------------|
| Totals: | $ 25.00    | $ 0.00 | $1,700.00   |

[ ] The determination of restitution is deferred until __. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[ ] The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | *Total Loss | Restitution Ordered | Priority or Percentage of Payment |
|---|---|---|---|
| K-Mart #4457 | $100.00 | $100.00 | |
| Old Navy #5753 | $100.00 | $100.00 | |
| Walgreen's #5310 | $100.00 | $100.00 | |
| Longs Drugs #397 | $100.00 | $100.00 | |
| Bakers Square-Vicorp Restaurant | $100.00 | $100.00 | |
| Taco Bell #3735 | $100.00 | $100.00 | |
| Walgreen's #7087 | $100.00 | $100.00 | |
| Marritt Restaurant & Bakery | $100.00 | $100.00 | |
| J.C. Penny Store #18440 | $100.00 | $100.00 | |
| K-Mart #4366 | $100.00 | $100.00 | |
| Terzetto's | $100.00 | $100.00 | |
| Clyde and Darlen Stevens | $100.00 | $100.00 | |
| The Home Depot #6636 | $100.00 | $100.00 | |
| The Home Depot #628 | $100.00 | $100.00 | |
| K-Mart #4349 | $100.00 | $100.00 | |
| Longs Drugs | $100.00 | $100.00 | |
| Union Bank of California, Commercial Cash Services | $100.00 | $100.00 | |
| Totals: | $ 1,700.00 | $ 1,700.00 | |

[ ] Restitution amount ordered pursuant to plea agreement $ _____

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT:      ARTHUR SORISIO                                                Judgment - Page 6 of 8
CASE NUMBER:    CR-05-00412-01 WDB

[ ]  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6, may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ]  The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

   [ ]  the interest requirement is waived for the    [ ] fine and/or    [ ] restitution.

   [ ]  the interest requirement for the    [ ] fine and/or    [ ] restitution is modified as follows:

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A   [X]  Lump sum payment of special assessment in the amount of $25.00 due by 4:00 p.m. on September 8, 2005

    [ ]  not later than ____, or

    [ ]  in accordance with ( ) C, ( ) D, ( ) E or ( ) F below; or

B   [ ]  Payment to begin immediately (may be combined with ( ) C,  ( ) D, or ( ) F below); or

C   [ ]  Payment in equal     (e.g. weekly, monthly, quarterly) installments of $ _ over a period of __ (e.g., months or year(s), to commence _ (e.g., 30 or 60 days) after the date of this judgment; or

D   [ ]  Payment in equal     (e.g. weekly, monthly, quarterly) installments of $ _ over a period of __ (e.g., months or year(s)), to commence _ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E   [ ]  Payment during the term of supervised release will commence within (e,g, 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F   [X]  Special instructions regarding the payment of restitution:
        The defendant shall pay restitution in the total amount of One Thousand Seven Hundred Dollars ($1,700.00) to the following seventeen victims:
        Victims                                                                Restitution Amount
      a. K-Mart  #4457                                                              $ 100.00
         26231 Mission Blvd., Hayward, CA 94544   Tel. (510) 582-3884
      b. Old Navy  #5753                                                            $ 100.00
         Sequoia Station, 1101 El Camino Real, Redwood City, CA   Tel. (650) 364-0342

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

DEFENDANT: ARTHUR SORISIO
CASE NUMBER: CR-05-00412-01 WDB

Judgment - Page 7 of 8

| Victims | Restitution Amount |
|---|---|
| c. Walgreen's #5310<br>26781 Mission Blvd., Hayward, CA 94554   Tel. (510) 733-2089 | $ 100.00 |
| d. Longs Drugs #397<br>4405 First Street, Livermore, CA 94550   Tel. (925) 373-8115 | $ 100.00 |
| e. Bakers Square-Vicorp Restaurant<br>949 Veterans Blvd., Redwood City, CA 94063   Tel. (650) 367-8666 | $ 100.00 |
| f. Taco Bell #3735<br>25546 Seaboard Lane, Hayward, CA 94545   Tel. (510) 887-7260 | $ 100.00 |
| g. Walgreen's #7087<br>643 Santa Cruz Avenue, Menlo Park, CA 94025   Tel. (650) 321-2227 | $ 100.00 |
| h. Merritt Restaurant & Bakery<br>203 E. 18th Street, Oakland, CA 94505   Tel. (510) 444-8680 | $ 100.00 |
| i. J.C. Penny Store #18440<br>340 Southland Mall, Hayward, CA 94545   Tel. (510) 783-0300 | $ 100.00 |
| j. K-Mart #4366  San Jose, CA (Closed)<br>K-Mart Corporation, 3100 W. Big Beaver Road, Troy, Michigan 48084 Tel. (248) 463-1000 | $ 100.00 |
| k. Terzetto's<br>1490 Moraga Way, Moraga, CA 94556   Tel. (925) 376-3832 | $ 100.00 |
| l. Clyde and Darlen Stevens<br>510 Navajo Place, Danville, CA 94526   Tel. (925) 855-0178 | $ 100.00 |
| m. The Home Depot #6636<br>43900 Icehouse Terrace, Fremont, CA 94538 Tel. (510) 360-8410 | $ 100.00 |
| n. The Home Depot #628<br>1125 Old County Road, San Carlos, CA 94070   Tel. (650) 592-9200 | $ 100.00 |
| o. K-Mart #4349<br>1155 Veterans Blvd., Redwood City, CA 94063   Tel. (650) 364-7640 | $ 100.00 |
| p. Longs Drugs<br>2000 Broadway, Oakland, CA 94612 | $ 100.00 |
| q. Union Bank of California, Commercial Cash Services<br>460 Hegenberger Road, Oakland, CA 94621 | $ 100.00 |

The defendant shall pay the full amount of restitution of One Thousand Seven Hundred Dollars ($1,700.00) that is imposed by this Judgment by 4:00 p.m. on or before October 31, 2005. The restitution payment shall be forwarded to all the seventeen victims through the Clerk of the U.S. District Court, 1301 Clay Street, Ste. 400S, Oakland, CA 94612.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

DEFENDANT:      ARTHUR SORISIO
CASE NUMBER:    CR-05-00412-01 WDB

Judgment - Page 8 of 8

[ ] Joint and Several

| Defendant and co-defendant Names | Case Numbers (including defendant number) | Total Amount | Joint and Several Amount | Corresponding Payee (if appropriate) |
|---|---|---|---|---|
|  |  |  |  |  |

[ ]  The defendant shall pay the cost of prosecution.

[ ]  The defendant shall pay the following court cost(s):

[ ]  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.